| | |
|---|---|
| 1 | M. Candice Bryner, State Bar No. 192462 |
| 2 | candice@brynerlaw.com |
| | Tumy N. Nguyen, State Bar No. 192268 |
| 3 | tumy@brynerlaw.com |
| | BRYNER CROSBY, APC |
| 4 | 780 Roosevelt, Suite 206 |
| | Irvine, CA  92620 |
| 5 | (949) 371-9056 – Tel. |
| | (949) 679-2492 – Fax |

Attorneys for Defendant (Plaintiff in the Related Action) Tsung Yu Chien, aka Arnold Chien

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

| | |
|---|---|
| SIMIAO CHENG, aka CHRISTINA CHENG, an individual, | Case No. 2:20-cv-04229-MCS |
| | Related Case:20-cv-04438-MCS |
| Plaintiff | [Hon. Mark C. Scarsi] |
| vs. | **TSUNG YU CHIEN, AKA ARNOLD CHIEN'S OBJECTIONS TO SIMIAO CHENG'S EVIDENCE IN OPPOSITION TO MOTION FOR SUMMARY JUDGMENT, OR ALTERNATIVELY SUMMARY ADJUDICATION** |
| TSUNG YU CHIEN, aka TSUNGYU CHIEN, a/k/a ARNOLD CHIEN, an individual, | |
| Defendant | |
| | |
| *RELATED ACTION* | **Hearing:** |
| | Date:   November 23, 2020 |
| | Time:  9:00 a.m. |
| TSUNG YU CHIEN, aka ARNOLD CHIEN | Courtroom:  7C |
| | Complaint filed:  5/8/2020 |
| Plaintiff, | Trial Date:  5/25/2021 |
| v. | |
| SIMIAO CHENG, and DOES 1-10, inclusive | |
| Defendants. | |

BRYNER CROSBY
A PROFESSIONAL
CORPORATION

**OBJECTIONS TO SIMIAO CHENG'S EVIDENCE**

Moving Party, Tsung Yu Chien, aka Arnold Chien submits the following objections to the evidence offered by Responding Party Simiao Cheng, aka Christine Cheng in Opposition to Mr. Chien's Motion for Summary Judgment or Alternatively, Summary Adjudication.

| **Declaration of Kenneth N. Russak** | **Objections** | **Ruling** |
|---|---|---|
| 1. Exhibit 2 to Declaration of Kenneth N. Russak (Decision of US Citizenship and Immigration Services dated November 17, 2015) | Hearsay (Evid. Code §801); Not Relevant to the extent Cheng seeks to establish the terms of the Agreements at issue were acceptable to USCIS (Evid. Code §§ 401-403) | Sustain \_\_\_\_  <br><br> Overrule \_\_\_ |
| 2. Exhibit 3 to Declaration of Kenneth N. Russak (Decision of US Citizenship and Immigration Services dated November 9, 2017) | Hearsay (Evid. Code §801) ); Not Relevant to the extent Cheng seeks to establish the terms of the Agreements at issue were acceptable to USCIS (Evid. Code §§ 401-403) | Sustain \_\_\_\_  <br><br> Overrule \_\_\_ |

Dated: November 9, 2020

Respectfully submitted,
BRYNER CROSBY, APC

/s/mcbryner
By: M. Candice Bryner
Attorneys for TSUNG YU CHIEN, aka ARNOLD CHIEN