JS-6

1  Kenneth N. Russak, State Bar No. 107283
2  LAW OFFICE OF KENNETH N. RUSSAK
   360 S. Allen Ave.
   Pasadena, CA 91106
3  P: 213.713.3447
   F: 213.260.2303
4  krussak@knrlaw.com

5  Attorney for Plaintiff and
   Counter-Defendant SIMIAO CHENG
6

7

8            UNITED STATES DISTRICT COURT
           FOR THE CENTRAL DISTRICT OF CALIFORNIA
9                  LOS ANGELES DIVISION

10

| | |
|---|---|
| SIMIAO CHENG, aka CHRISTINA CHENG, an individual, | Case No.: 2:20−cv−04229 PVC |
| Plaintiff and Counter-Defendant, | ORDER ON STIPULATION FOR ORDER DISMISSING ACTION WITH PREJUDICE |
| vs. | |
| TSUNG YU CHIEN, a/k/a, TSUNGYU CHIEN, a/k/a ARNOLD CHIEN, an individual | |
| Defendant and Counter-Claimant. | |
| AND RELATED COUNTERCLAIM AND THIRD-PARTY COMPLAINT | |

Having read and considered the "Stipulation for Order Dismissing Action With Prejudice" and finding GOOD CAUSE therefore, this Court hereby ORDERS as follows:

1. The above-captioned action and all complaints on file therein, including without limitation the first amended complaint filed by Plaintiff and Counterdefendant Simiao Cheng, the first amended counterclaim filed by Defendant and Counterclaimant Tsung Yu Chien and the third-party complaint filed by Third-Party Plaintiff Tsung Yu Chien, are hereby dismissed with prejudice.

2. This dismissal with prejudice shall not bar or otherwise adversely affect the rights or claims of the parties under the Settlement Term Sheet, the Settlement Agreement or any of the documents executed or recorded pursuant thereto, including without limitation the "Amended and Restated Note" and the "Amended and Restated Deed of Trust."

Dated: February 22, 2022

Honorable Pedro V. Castillo,
United States Magistrate Judge